```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SIDNEY MORSE AND JAY VENABLE,

                           Petitioners,

-against-

DAVID A. LEVINE,

                           Respondent.
-----------------------------------------------------------X

19 CIVIL 6711 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2020, Magistrate Judge Netburn's Report and Recommendation is accepted and adopted by the Court in its entirety; Petitioners' motion to compel arbitration is granted; Respondent's motion to dismiss is denied; Petitioners' motion to compel Respondent to pay the fees associated with arbitration is denied, and Petitioners' motion for fees connected with this proceeding is denied; judgment is entered for Petitioners, and this case is closed.

**Dated**: New York, New York
         January 3, 2020

                                         RUBY J. KRAJICK
                                         Clerk of Court
                            BY:
                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/3/2020